UNITED STATES DISTRICT COURT  
FOR THE  
**EASTERN DISTRICT OF NORTH CAROLINA**  
**WESTERN DIVISION**

UNITED STATES OF AMERICA

        v.                                                         Crim. No. 5:13-MJ-1651

DEVIN S. CALBO

On December 11, 2013, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                              Respectfully submitted,

/s/ Robert K. Britt                                                    /s/ Nikki Allen  
Robert K. Britt                                                         Nikki Allen  
Senior U.S. Probation Officer                               Probation Officer

**ORDER OF COURT**

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __9th__ day of __July__, 2014.

_____  
James E. Gates  
U.S. Magistrate Judge